RUTH GALLER, INDIVIDUALLY, ETC., PARTNERS TRADING AS GALLER 7-UP BOTTLING COMPANY, PLAINTIFFS-APPELLANTS, v. CHARLES SLURZBERG, *ET AL.*, DEFENDANTS-RESPONDENTS.

Argued May 16, 1955—Decided May 31, 1955.

*Mr. Joseph A. Davis* argued the cause for the appellants (*Mr. William A. Kaufmann,* attorney; *Messrs. O'Mara. Schumann, Davis & Lynch,* of counsel).

*Mr. Abraham J. Slurzberg* argued the cause for the respondents (*Mr. August W. Heckman,* attorney).

Per Curiam. The judgment is affirmed for the reasons expressed in the opinion of Judge Clapp in the court below.

*For affirmance*—Chief Justice Vanderbilt, and Justices Heher, Wachenfeld, Jacobs and Brennan—5.

*For reversal*—Justices Oliphant and Burling—2.